UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-24328-GAYLES

**BRIDLINGTON BUD LTD.,**

    Plaintiff,

v.

**THE PARTNERSHIPS,
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,**

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff Bridlington Bud Ltd.'s ("Bridlington") Motion for Entry of Default Judgment as to Certain Defendants and Incorporated Memorandum of Law (the "Motion"). [ECF No. 26]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. On September 22, 2025, Plaintiff filed this action against Partnerships and Unincorporated Associations identified on Schedule A (collectively, "Defendants"), alleging claims for trademark infringement and false designation of origin. [ECF No. 1].

2. On January 21, 2026, the Court entered a Temporary Restraining Order as to the Defendants, [ECF No. 13], following Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order and Order Restraining Transfer of Assets [ECF No. 9].

3. On January 21, 2026, pursuant to the Court's Order Granting *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants [ECF No. 14],

Plaintiff served Defendants via e-mail, [ECF No. 18]. Defendants failed to timely answer or otherwise respond to the Complaint.

4. On February 4, 2026, the Court issued a preliminary injunction against Defendants for their alleged trademark infringement. [ECF No. 21].

5. On February 23, 2026, on Plaintiff's motion, [ECF No. 23], the Clerk entered a default against Defendants JECOEPER TRADE, WEIPAGS, Twflaqlo, JINESXIAO, and Ryankkkk (together, the "Defaulting Defendants"). [ECF No. 24].[1]

6. On March 2, 2026, Plaintiff filed the instant Motion seeking a default judgment against the Defaulting Defendants. [ECF No. 26].

7. As a result of the Defaulting Defendants' failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true Plaintiff's claims for trademark infringement and a false designation of origin.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Default Judgment as to Certain Defendants and Incorporated Memorandum of Law as to the Defaulting Defendants [ECF No. 26], is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of March, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[1] On February 23, 2026, the Court dismissed Defendants WINDSCLUD, Jocoku Silk, gongxinifacaio, BALYUEE, Hey Vitality Hortus, and YCLife with prejudice, [ECF No. 25], pursuant to Plaintiff's Notices of Voluntary Dismissal. [ECF No. 22].